No. 94–590. VERNONIA SCHOOL DISTRICT 47J *v.* ACTON ET UX., GUARDIANS AD LITEM FOR ACTON. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1013.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–5707. WILSON *v.* ARKANSAS. Sup. Ct. Ark. [Certiorari granted, *ante*, p. 1014.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–749. HURLEY ET AL. *v.* IRISH-AMERICAN GAY, LESBIAN & BISEXUAL GROUP OF BOSTON ET AL. Sup. Jud. Ct. Mass. [Certiorari granted, *ante*, p. 1071.] Respondents' suggestion of mootness rejected.

No. 94–6620. GAYDOS *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1075] denied.

No. 94–7354. FERTEL-RUST *v.* DANE COUNTY SOCIAL SERVICES ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until March 14, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–7377. LONGNECKER *v.* KELLEY. Sup. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 14, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–7526. IN RE WALKER; and
No. 94–7568. IN RE FLAKES. Petitions for writs of habeas corpus denied.